**Steven Thomas REYNOLDS**

v.

**STATE**

**CR-13-1733**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

**Freddie Demond HEARD**

v.

**STATE**

**CR-13-1735**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

**James Deshawn WILLIAMS**

v.

**STATE**

**CR-13-1748**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Travis HOLCOMBE**

v.

**STATE**

**CR-13-1749**

Court of Criminal Appeals of Alabama.

02/27/2015

Affirmed

**Alan Bernard TILLEY**

v.

**STATE**

**CR-13-1750**

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed